UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | ED CV 14-1996-MWF (AS) | Date | October 6, 2015 |
|---|---|---|---|
| Title | *Frederick John Bruno Jr.,  v. Facility Deputy J. Frias, et. al,.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **Order to Show Cause Re. Lack of Prosecution**

     On September 30, 2014, Plaintiff Frederick John Bruno Jr., filed a complaint naming three defendants (Docket Entry No. 3).  The Court's docket reflects that on December 8, 2014, the United States Marshall served a summons on defendant Deputy Sheriff J. Frias but was unable to serve defendants Francis and Johnson (Docket Entry Nos. 13-15).  On December 16, 2014, Defendant Deputy Frias filed an Answer to the Complaint (Docket Entry No. 16).  On June 24, 2015, mail addressed to Plaintiff at the West Valley Detention Center was returned with the notation that  Plaintiff is no longer in custody (Docket Entry No. 18).  On August 3, 2015, the Court issued an Order directing Plaintiff to provide the Court with his current address (Docket Entry No. 19) .  On August 14, 2015, the Court's August 3, 2015 Order was returned as undelivered mail (Docket Entry No. 20).

     As of the date of this order, Plaintiff has failed to serve two of the three defendants named in the complaint and failed to provide the Court with a current address.  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **Friday, October 30, 2015**, why this action should not be dismissed with prejudice for failure to prosecute and failure to obey a court order.  This Order will be discharged upon the filing of a notice of change of address or by filing a declaration under penalty of perjury stating why Plaintiff is unable to do so.

     The Clerk is directed to attach a copy of the Court's Order requiring Plaintiff to provide the Court with his current address (Docket Entry No. 19) to this Order.

     **If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).  A notice of dismissal form is attached for Plaintiff's convenience.  Plaintiff is warned that a failure to timely respond to this Order will**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | ED CV 14-1996-MWF (AS) | Date | October 6, 2015 |
|---|---|---|---|
| Title | *Frederick John Bruno Jr., v. Facility Deputy J. Frias, et. al,.* | | |

**result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

| | 0 : 00 |
|---|---|
| Initials of Preparer | AF |