JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/11/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| FREDERICK JOHN BRUNO, | NO. ED CV 14-1996-MWF (AS) |
| Plaintiff, | |
| v. | JUDGMENT |
| J. FRIAS, JOHNSON, FRANCIS, | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 11, 2016.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE